IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CORETTA TRAYLOR AND CURTIS TRAYLOR, | § § | |
| *Plaintiffs,* | § § | |
| v. | § | Civil Action No. 3:16-CV-02397-M |
| | § | |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY AND TINA JOHNSON, | § § § | |
| *Defendants.* | § | |

___

**UNOPPOSED MOTION FOR DISMISSAL WITHOUT PREJUDICE**
___

TO THE HONORABLE JUDGE OF SAID COURT**:**

COME NOW, **CORETTA TRAYLOR AND CURTIS TRAYLOR, Plaintiffs** herein, filing this Unopposed Motion for Dismissal Without Prejudice, and in support thereof would show the Court as follows:

Plaintiffs desire that the Court sign an Order of Dismissal Without Prejudice which will dismiss the claims and issues by and between the parties without prejudice, and accordingly ask the Court to sign the attached "Order of Dismissal Without Prejudice" and present it to the Clerk of Court for entry.

WHEREFORE, PREMISES CONSIDERED, **CORETTA TRAYLOR AND CURTIS TRAYLOR, Plaintiffs** herein, pray this Court grant their Unopposed Motion for Dismissal Without Prejudice and sign the attached Order of Dismissal Without Prejudice.

___

Respectfully submitted,

**HAUN MENA, PLLC**

By: /s/ *Ryan K. Haun*
    RYAN K. HAUN
    State Bar No.: 24055634
    D. DOUGLAS MENA
    State Bar No.:  24054982
    3006 Brazos Street
    Houston, Texas 77006
    (713) 781-8600- Telephone
    (713) 781-8601- Fax
    ryan@haunmena.com
    doug@haunmena.com

    **ATTORNEYS FOR PLAINTIFFS**


**REED & TERRY, LLP**

By: */s/ Travis B. Terry*
    Travis B. Terry
    State Bar No. 00788518
    56 Sugar Creek Center Blvd., Ste. 300
    Sugar Land, TX  77478
    (281) 491-5000 - Telephone
    (281) 491-5055 – Facsimile
    travis@reedterrylaw.com

    **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

Plaintiffs' counsel conferred with counsel for Allstate Fire and Casualty Insurance Company on September 25, 2017, regarding the subject of this motion. Counsel for the defense, R. Tate Gorman, indicated that he is unopposed to the Plaintiffs' motion.

                           */s/ Ryan K. Haun*
                           RYAN K. HAUN

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in accordance with the Federal Rules of Civil Procedure on this the 5th day of October, 2017, as follows:

R. Tate Gorman
Roger D. Higgins
Thompson, Coe, Cousins & Irons, LLP
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
(214) 871-8256 – Telephone
rhiggins@thompsoncoe.com
tgorman@thompsoncoe.com

                           */s/ Ryan K. Haun*
                           RYAN K. HAUN