## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| CORETTA TRAYLOR AND CURTIS TRAYLOR, | § § § | |
| Plaintiffs, | § § | Civil Action No. 3:16-cv-2397-M |
| v. | § § | |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY AND TINA JOHNSON | § § § § | |
| Defendants. | § | |

### ORDER

Before the Court is the Unopposed Motion for Dismissal Without Prejudice [ECF No. 21].

The Motion is **GRANTED**. All claims are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear his or its own costs of court.

**SO ORDERED**.

October 10, 2017.

_Barbara M. G. Lynn_
**BARBARA M. G. LYNN**
**CHIEF JUDGE**